

# Tennessee Sex Offender Registry



## FORMOSA, FABIAN MARIEUS
### OFFENDER ID: 00123279

**ABSCONDER**
**LAST KNOWN WHEREABOUTS: Dickson, TN**

ALIASES
FORMOSA, FABIAN MARIUS; FORMOSA, FABRIN MARIEUS; FORMOSA, FABIAN MARIEUS

## CLASSIFICATION/STATUS

CLASSIFICATION
VIOLENT

STATUS
ABSCONDER

## OFFENSES

| DATE OF OFFENSE | DESCRIPTION | TCA CODE |
|---|---|---|
| 05/06/1987 | AGGRAVATED RAPE | 39-2-603 OR 39-13-502 |

## ADDRESSES

PRIMARY
000 ABSCONDER, DICKSON, TN 37055 (DICKSON County)
Agency: DICKSON CO SO

## VEHICLES

VEHICLE
2014 WHITE FORD F150 (PICKUP)
TAG: 2X19U9, TN

## CRIMINAL HISTORY

| DATE | CHARGE | DISPOSITION |
|---|---|---|
| 2021-09-15 | 40-39-203 VIOLATION OF SEX OFFENDER REGISTRY ADDRE | |
| 2021-09-01 | CRIMINAL TRESPASS | |
| 2021-09-01 | BURGLARY - AGGRAVATED | |
| 2021-09-01 | THEFT OF PROPERTY-$1,000 OR LESS | |
| 2021-09-01 | DRUG PARAPHERNALIA- UNLAWFUL USE | |
| 2021-06-10 | DRIVING UNDER THE INFLUENCE | |
| 2021-06-10 | DRUG PARAPHERNALIA- UNLAWFUL USE | |
| 2021-02-25 | SEX OFFENDER REGISTRATION VIOL.-1ST OFFENSE | |
| 2021-02-25 | SEX OFFENDER REGISTRATION VIOL.-1ST OFFENSE | |
| 2019-10-10 | FAILURE TO BE BOOKED | |
| 2019-08-06 | DRUG PARAPHERNALIA- UNLAWFUL USE | |
| 2016-03-29 | CRIMINAL TRESPASS | |
| 2016-03-09 | SEX OFFENDER REGISTRATION VIOL.-1ST OFFENSE | |
| 2015-05-13 | SEX OFFENDER REGISTRATION VIOL.-1ST OFFENSE | GUILTY PLEA - LESSER CHARGE` |
| 2015-05-13 | SEX OFFENDER REGISTRATION VIOL.-1ST OFFENSE | GUILTY PLEA - LESSER CHARGE` |
| 2014-11-22 | ASSAULT, AGGRAVATED - DEADLY WEAPON - INT/KN | |
| 2014-06-28 | SEX OFFENDER REGISTRATION VIOL-1ST OFFENSE | |

Case 3:22-cv-00213   Document 1-1   Filed 03/28/22   Page 2 of 4 PageID #: 18

| DATE | CHARGE | DISPOSITION |
|---|---|---|
| 2012-09-15 | SEXUAL OFFENDER REGISTRATION FORM CONTENTS REQUIRE | Guilty Plea Lesser Charge |
| 2012-09-06 | POSS. OR CASUAL EXCHANGE-CONT.SUB. | GUILTY |
| 2011-09-18 | POSS. OR CASUAL EXCHANGE-CONT.SUB. | RETIRED |
| 2011-09-18 | DRUG PARAPHERNALIA- UNLAWFUL USE | RETIRED |
| 2011-09-08 | POSS. OR CASUAL EXCHANGE-CONT.SUB. | GUILTY |
| 2007-09-14 | PROBATION VIOLATION (MIS) | |
| 2006-12-27 | DRIVING, RECKLESS | GUILTY PLEA - AS CHARGED |
| 2006-10-27 | FUGITIVE FROM JUSTICE | DISMISSED |
| 1998-06-02 | DRIVING, RECKLESS | DISMISSED |
| 1982-06-28 | CARRYING PR0HITIED WEAP0N 25 AUT0 5203 GUN | $50 FINE $12 C 06-30-82 |

# DEMOGRAPHICS

HAIR
BROWN

EYES
GREEN

GENDER
MALE

RACE
WHITE

HEIGHT
510

WEIGHT
200

DOB
02/21/1956

DRIVER'S LICENSE
042873951, TN

# OTHER

LAST REGISTRATION/REPORT DATE
06/15/2021 (9 months ago)

LAST DATE INFORMATION UPDATED
03/10/2022 (17 days ago)

REGISTERING AGENCY
DICKSON CO SO

Case 3:22-cv-00213   Document 1-1   Filed 03/28/22   Page 3 of 4 PageID #: 19

*Note: In the field entitled Last Registration/Report Date, the term "Not Available" indicates The Tennessee Bureau of Investigation has not received offender information as directed by T.C.A. 40-39-201 et. seq. The Website is updated daily based on information submitted to the TBI.

## DISCLAIMER

The Tennessee Sex Offender Registry exists as a public information resource, allowing citizens to take proactive measures to ensure safety in their communities. Misuse of this information by individuals or groups to commit crimes (to include, but not limited to, threats, intimidation, stalking, or harassment) may be subject to prosecution or the potential of civil liability.

The information contained in the Tennessee Sex Offender Registry has been provided to TBI by the offender's registering agency. The TBI does not guarantee the accuracy of this information. If you have reasonable proof that any of the information contained in an offender's profile is inaccurate, please contact the offender's registering agency, as listed above.

Because the Tennessee Sex Offender Registry database is updated daily, the accuracy of any offender information that is viewed and/or printed can only be assured on the day that it is viewed and/or printed.